**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**UNITED STATES OF AMERICA**

**v.**

**1. OSCAR NOE RECINES GARCIA a/k/a "PSYCHO,"**

**3. GERMAN HERNANDEZ ESCOBAR a/k/a "TERIBLE,"**

**4. NOE SALVADOR PEREZ VASQUEZ a/k/a "CRAZY,"**

**15. LUIS SOLIS VASQUEZ a/k/a "BRUJO,"**

**19. JOSE RENE ANDRADE a/k/a "TRISTE," a/k/a "INNOCENTE"**

**20. HECTOR ENAMORADO a/k/a "VIDA LOCA,"**

**37. RUTILIO PORTILLO, a/k/a "PANTERA,"**

**Defendants.**

**Criminal No. 15-10338-FDS**

**RESPONSE TO COURT ORDER REGARDING TIME LIMITS**

In response to the Court's Order concerning the setting of reasonable time limits for the trial of the "Group Two" defendants, *see* Dkt. No. 1699, the government states that it presently estimates 60 to 80 hours for the presentation of the government's case-in-chief,

exclusive of cross-examination.[1] In total, the government presently anticipates that the trial should last 6-8 weeks, although it is especially difficult to estimate the length of a trial involving seven defendants, especially when five of the seven remaining defendants are alleged to have been involved in a murder.[2]

The government is continuing to refine its expected order of proof and remains committed to presenting its case in an organized and efficient manner. The government notes that it completed its trial presentation ahead of schedule in both the first two trials.

For now, the government respectfully requests that the Court not impose any specific time limits. With or without Court-imposed time limits, the government is committed to presenting its case in an efficient and organized manner.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: /s/ Kunal Pasricha

KUNAL PASRICHA
GLENN A. MACKINLAY
CHRISTOPHER POHL
KELLY BEGG LAWRENCE
Assistant United States Attorneys

---

1 The Court's Order asks for an estimate of time expressed in hours and exclusive of cross-examination.

2 There are seven defendants remaining in this trial grouping. Earlier today, the government filed an assented-to motion for a Rule 11 hearing for Mr. Portillo. Mr. Portillo has signed a plea agreement and is not expected to go to trial.

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the Court's ECF system on March 5, 2018, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

By: /s/ Kunal Pasricha
KUNAL PASRICHA
Assistant United States Attorney