# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| V. ) | Crim. No. 15-10338-FDS |
| ) | |
| **OSCAR NOE RECINES GARCIA,** ) | |
| **et al.,** ) | |
| ) | |
| **Defendants** ) | |

## MOTION TO SEAL VICTIMS' NAMES AND ADDRESSES

The United States respectfully requests that the Court seal the names and addresses of the victims who have provided, or will provide, oral and written victim impact statements to the Court during the defendants' sentencing hearings.[1] As grounds therefore, the government states that public disclosure of the victims' names and addresses poses a threat to their safety and security.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:   /s/ *Kelly Begg Lawrence*
KELLY BEGG LAWRENCE
CHRISTOPHER POHL
KUNAL PASRICHA
GLENN MACKINLAY
Assistant U.S. Attorneys

---

[1] The government specifically requests that the sealing order apply to oral and written victim impact statements made at all future sentencing hearings, as well as those made at prior sentencing hearings, including: Bryan Galicia Barillas, a/k/a "Chucky," on March 22, 2018; Hector Ramirez, a/k/a "Cuervo," on April 11, 2018; Joel Martinez, a/k/a "Animal," on May 21, 2018; and Noe Salvador Perez Vasquez, a/k/a "Crazy," on July 17, 2018.

**CERTIFICATE OF SERVICE**

    I hereby certify that this document, filed through the Court's Electronic Court Filing (ECF) system on July 25, 2018, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                          By:    */s/ Kelly Begg Lawrence*
                                   KELLY BEGG LAWRENCE
                                   Assistant U.S. Attorney