UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 15-10338-FDS |
| ) | |
| 1.  OSCAR NOE RECINOS GARCIA, ) | |
|     a/k/a "Psycho," ) | |
| ) | |
| Defendant ) | |

## SENTENCING MEMORANDUM OF THE UNITED STATES

On July 5, 2015, 16-year-old Jose Aguilar Villanueva, also known by his MS-13 gang name "Fantasma," was brutally murdered by members of his own clique, the Everett Locos Salvatrucha ("ELS"). Aguilar's killers, two ELS chequeos,[1] Jose Alexis De Paz, a/k/a "Gato," and Manuel Diaz Granados, a/k/a "Perverso," lured him to a park in Lawrence, stabbed him repeatedly in the chest and abdomen, and left him for dead. Gato and Perverso discarded their murder weapons and fled to the ELS destroyer house at 142 Broadway in Somerville, where they changed out of their bloody clothes, reported the killing to their fellow MS-13 members, and awaited their promotion to homeboy for their murderous deed. Gato and Perverso wielded the knives that killed Aguilar, but they did not act alone. Several ELS clique members, including the defendant, Oscar Noe Recinos Garcia, an ELS homeboy known by his gang name "Psycho," played a role in initiating, coordinating, and executing the plan to murder Aguilar, the young ELS paro who clique members believed, incorrectly, was cooperating with law enforcement.

---

[1] Generally speaking, MS-13 members progress in status from "paro," typically a young person who hangs around MS-13 members; to "chequeo," or probationary member; to "homeboy," or full member, of the gang. MS-13 members typically are required to commit acts of violence, up to and including murder, to gain "homeboy" status.

Recinos Garcia was charged with and pleaded guilty to two gang-related crimes—racketeering conspiracy and alien in possession of a firearm and ammunition—and he has admitted his involvement in and responsibility for Aguilar's murder, committed in furtherance of the MS-13 racketeering conspiracy. The character of his crimes reflect with regrettable clarity the violence and brutality wrought by MS-13 in this District and elsewhere. Consistent with the terms of the plea agreement, the government requests that the Court sentence Recinos Garcia to 288 months (24 years) in prison, followed by 60 months (5 years) of supervised release. The requested 288-month sentence is four months below the low end of the Guidelines sentencing range ("GSR") of 292 to 365 months calculated by the Probation Office and, in the government's view, is sufficient but not greater than necessary to achieve the goals of sentencing. Recinos Garcia will be subject to deportation upon the completion of his sentence.

**I.     The Recommended 24-Year Sentence is Appropriate Based on the Statutory Sentencing Factors.**

   **A.     Nature and Circumstances of the Offense**

MS-13 is one of the largest and most violent criminal organizations operating in the United States today. *See generally* PSR ¶¶11-21. Recinos Garcia was an established member of MS-13's Everett Locos Salvatrucha or ELS clique, itself one of the most active and violent cliques in Massachusetts. PSR ¶¶22-24. The central hub for ELS gang activities was a so-called "destroyer house" located at 142 Broadway in Somerville, where ELS members stored weapons, such as knives, machetes, and clique guns (like the one seized at the time of Recinos Garcia's arrest); packaged, stored, and sold marijuana to fund the clique's operations; and convened to plan and report on acts of violence committed by clique members in furtherance of MS-13's violent mission. PSR ¶25. Recinos Garcia called 142 Broadway his home, and it

was there that the murder of Jose Aguilar Villanueva, a/k/a "Fantasma," was devised, discussed, and celebrated by Recinos Garcia and his fellow MS-13 members. PSR ¶¶25, 30.

Aguilar's murder at the hands of his fellow ELS members was—like so many acts of violence committed in furtherance of the MS-13 mission—senseless, tragic, and brutal. Once the ELS clique leader, German Hernandez Escobar, a/k/a "Terible," planted the seed that Aguilar was the "rat" responsible for his gun arrest in March of 2015, it inevitably grew into a vicious plot to kill the young paro. Ever obedient to their leader and faithful to MS-13's rule that cooperators must be killed, the members of ELS, including Recinos Garcia, sought a "green light," or permission to kill, from MS-13 leaders in El Salvador and devised a plan to murder the 16-year-old paro. The initial plan to kill Aguilar by luring him to "the mountain," an isolated area where ELS members met to hang out and smoke marijuana, was thwarted by the arrest of ELS homeboy Jose Rene Andrade, a/k/a "Innocente," the intended murderer. Undeterred, the clique's de facto leader, Noe Salvador Perez Vasquez, a/k/a "Crazy," told Gato that Aguilar needed to be killed, that Gato would participate in the murder, and that Recinos Garcia would contact Gato. Meanwhile, Recinos Garcia and other ELS members met at 142 Broadway to hash out a new plan.

A day or two before the murder, Recinos Garcia called Gato. Recinos Garcia explained that ELS and MS-13 leaders in El Salvador wanted Aguilar killed immediately and they were sending Perverso to help Gato commit the murder. PSR ¶33. On July 5, 2015, Perverso took the train to Lawrence, where Gato and Aguilar lived. PSR ¶34. While Aguilar spent the day at the beach hanging out with friends, Gato and Perverso spent the day at Gato's house discussing their plan to kill him. *Id*. After Aguilar returned home, at around 10:30 p.m., he, Gato, and Perverso left Gato's house armed with knives, ostensibly to look for gang rivals

3

and a man who had stolen money from Gato's brother. PSR ¶35. When they reached O'Connell Park, about four blocks from Gato's house, Gato signaled to Perverso and grabbed Aguilar from behind. *Id*. Perverso lunged at Aguilar and began stabbing him, and Gato joined in the attack after knocking Aguilar to the ground. *Id*. After stabbing him repeatedly, the two left Aguilar lying on the grass in the middle of the park, bleeding to death. *Id*.

Gato and Perverso fled the park, discarded their murder weapons, and got a ride to the ELS destroyer house at 142 Broadway in Somerville. PSR ¶36. When they arrived, they were met by Recinos Garcia and two other MS-13 members, Julio Esau Avalos Alvarado, a/k/a "Violento," and Jose Vasquez, a/k/a "Little Crazy," who asked Gato and Perverso if "everything turned out well." *Id*. Gato and Perverso dutifully reported to their fellow gang members how they had stabbed Aguilar to death. Gato and Perverso changed out of their bloody clothes, and Recinos Garcia gave Gato clean clothes to wear. *Id*. Over the next two days, several MS-13 members stopped by 142 Broadway to celebrate the murder, and Crazy promised Gato and Perverso that they would soon be promoted to homeboy for successfully completing their mission. PSR ¶¶37-38. Before that happened, however, Recinos Garcia, Gato, Perverso, Violento, and two other MS-13 members were arrested by immigration agents in a July 8, 2015 raid at 142 Broadway. PSR ¶38.[2]

During the raid, agents seized, among other things, a large knife, MS-13 clothing and paraphernalia, marijuana, drug ledgers, a Sterling Arms .22 caliber firearm loaded with six rounds of .22 caliber ammunition, and an additional six rounds of .22 caliber ammunition.

---

[2] With the exception of Perverso, who was deported to El Salvador before his role in Aguilar's murder was known to law enforcement, the MS-13 members involved in the murder—Terible, Innocente, Crazy, Gato, and Recinos Garcia—all have pleaded guilty to or been convicted after trial of racketeering conspiracy.

PSR ¶¶38-40. The firearm was found on a bookshelf within arms' reach of Recinos Garcia, and the ammunition was found in a plastic bin nearby. PSR ¶40. The firearm was a "clique gun," shared by members of the clique and used to attack and defend against attacks by rival gang members and protect the clique's marijuana business. PSR ¶41. Recinos Garcia and Violento were responsible for maintaining possession of the gun for the clique. *Id*.

Recinos Garcia is an established MS-13 homeboy and full participant in the gang's illegal racketeering activity. He sold marijuana to fund the clique's operations (PSR ¶36 & n.1), he maintained the clique gun used to commit acts of violence against rival gang members (PSR ¶41), and he helped plan the murder of an MS-13 member believed to be cooperating with law enforcement (PSR ¶¶26-38). His conduct—particularly his role in Aguilar's murder—demonstrates fidelity to MS-13's core principles: violence and control. Once gang members decided that Aguilar was cooperating with law enforcement, MS-13 rules demanded that he be killed, and Recinos Garcia played his part in making that happen. After the murder, Recinos Garcia celebrated the killing with his fellow gang members and welcomed the promotion of Gato and Perverso to full homeboy status for completing their mission. In every respect, Recinos Garcis embodied the violent ethos of MS-13, and his conduct deserves a significant period of incarceration.

    **B.**    **History and Characteristics of the Defendant**

Recinos Garcia was born in El Salvador in 1993 and entered the United States illegally in 2009, when he was 16 years old. PSR ¶¶68-69. After living with family members in Florida and Maine, he moved to Massachusetts in approximately 2011 or 2012. PSR ¶69. By his own account, Recinos Garcia did not suffer from any physical, emotional, or substance abuse growing up, and he has no criminal history. PSR ¶¶68, 61-65. It is unclear when or why

Recinos Garcia joined MS-13, but it is clear that by 2015, he was a homeboy and active member of the ELS clique. Absent any significant mitigating factors, and there appear to be none, Recinos Garcia must be held accountable for his actions committed in furtherance of the MS-13 racketeering enterprise.

      **C.**    **Need for the Sentence Imposed to Afford Adequate Deterrence, Reflect the Seriousness of the Offense, and Promote Respect for the Law.**

The criminal racketeering activity committed by Recinos Garcia and his fellow MS-13 conspirators is undeniably serious and deserving of severe punishment. The Court presided over the trials of Recinos Garcia's co-conspirators, including the trial of ELS leader Noe Salvador Perez Vasquez, a/k/a "Crazy," during which evidence of the clique's drug trafficking and violent crimes, including Aguilar's vicious murder, was presented to the jury. The Court also heard the testimony of several cooperating witnesses, who were themselves members of ELS and MS-13 and who described in great detail the culture of fear and violence that permeates the gang. The evidence paints a grim picture of the MS-13 racketeering enterprise generally and of Recinos Garcia's role in furthering the gang's mission specifically. While Recinos Garcia was not a leader of his clique, nor the gang member who wielded the knife that killed Aguilar, he was a knowing and wilful participant in furthering the MS-13 mission to dominate its rivals, maintain order within its ranks, and rule its turf. As CW-11 aptly put it, MS-13 wants "to control everything," and it uses violence as the means to that end. Although a sentence of 288 months, or 24 years in prison, is slightly below the GSR, it is an adequate and just punishment for the serious crimes committed by Recinos Garcia and will send a message to him and other MS-13 members that the gang's ruthless violence and disrespect for the law will not be countenanced.

## CONCLUSION

For all of the foregoing reasons, the Court should sentence Recinos Garcia to 288 months (24 years) in custody followed by 60 months (5 years) of supervised release.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: /s/ Kelly Begg Lawrence
Kelly Begg Lawrence
Christopher Pohl
Glenn A. MacKinlay
Kunal Pasricha
Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify the foregoing document was filed through the Electronic Court Filing (ECF) system on August 30, 2018 and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing.

/s/ Kelly Begg Lawrence
Kelly Begg Lawrence
Assistant U.S. Attorney